61 A.3d 189

Edward GOODMAN, Appellant

v.

PA DEPARTMENT OF CORRECTIONS, Appellee.

Supreme Court of Pennsylvania.

Jan. 22, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 22nd day of January, 2013, the order of the Commonwealth Court is hereby **AFFIRMED.**

Jurisdiction relinquished.